Christopher Plaskon 402895
MWCI
1153 East street South
Suffield CT 06080

U.S. District
141 Church
New Haven CT

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY